# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

FILED
IN CLERKS OFFICE

2005 SEP 29 P 3:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

AVIDYNE CORPORATION, A Delaware
corporation
            V.
L-3 COMMUNICATIONS AVIONICS
SYSTEMS, INC., F/k/a B.F. GOODRICH
AVIONICS SYSTEMS, INC., a Delaware
corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11098 GAO

TO: (Name and address of Defendant)

Frederick S. Burkhart
Van Dyke, Gardner, Linn & Burkhart, LLP
2851 Charlevoix Drive, S.E.
Suite 207
Grand Rapids, MI  49588-8695

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas G. Papastavros
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON                                          5-26-05
CLERK                                                      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Agreement of counsel__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __23 September 2005__    _[signature]_
             Date                     Signature of Server    Frederick S. Burkhart

Van Dyke, Gardner, Linn & Burkhart, LLP
2851 Charlevoix Dr., S.E., Suite 207, P.O. Box 888695
Address of Server    Grand Rapids, MI  49588-8695

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.