UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-11098 GAO |

NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for Defendant,

L-3 Communications Avionics Systems, Inc.

Dated: October 21, 2005

Respectfully submitted,
L-3 COMMUNICATIONS AVIONICS
SYSTEMS, INC.

By its attorneys,

      /s/      Kathleen A. Kelley
Kathleen A. Kelley, BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA  02110
Tel.  617-330-5000

416003.102005