UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVIDYNE CORPORATION, )<br>a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L-3 COMMUNICATIONS AVIONICS )<br>SYSTEMS, INC., f/k/a B.F. GOODRICH )<br>AVIONICS SYSTEMS, INC., a )<br>Delaware corporation, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-11098 GAO |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff, Avidyne Corporation, and defendant, L-3 Communications Avionics Systems, Inc. ("L-3 Communications"), hereby agree and stipulate, through their respective counsel, that L-3 Communications may have and Avidyne Corporation will grant, an extension of the time within which L-3 Communications may answer or otherwise respond to the complaint in this matter. Accordingly, L-3 Communications' response must be filed on or before **November 18, 2005**.

Dated: October 21, 2005

AVIDYNE CORPORATION,

By its attorneys,

  /s/ Nicholas G. Papastavros
Richard D. Rochford, BBO No. 423950
Nicholas G. Papastavros, BBO No. 635742
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel. 617-345-1000

Respectfully submitted,

L-3 COMMUNICATIONS AVIONICS
SYSTEMS, INC.

By its attorneys,

  /s/ Kathleen A. Kelley
Brendan M. Hare, BBO No. 221480
Kathleen A. Kelley, BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
Tel. 617-330-5000