UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation, )<br><br>Defendant. ) | Civil Action No. 05-11098 GAO |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, L-3 Communications Avionics Systems, Inc ("L-3 Communications"), by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Terence J. Linn, Esq. to appear on its behalf as additional counsel in this case.

As grounds for this motion, as set forth in the declaration of Terence J. Linn, attached hereto as Exhibit A, L-3 Communications states as follows:

1.  Terence J. Linn is a member in good standing of the Bar of the State of Michigan (1981). He is also admitted to practice in the United States District Court for the Western District of Michigan (1981); the United States District Court for the Eastern District of Michigan (1984); the United States District Court for the Northern District of California (1988); the United States District Court for the Northern District of Indiana (1994); the United States District Court

for the Eastern District of Wisconsin (1999); the United States Court of Appeals for the Federal Circuit (1989); and the United States Court of Appeals for the Sixth Circuit (2005).

2. There are no disciplinary proceedings pending against Terence J. Linn as a member of the bar of any jurisdiction; and

3. Terence J. Linn is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, L-3 Communications respectfully requests that the Court permit Terence J. Linn to appear on its behalf as additional counsel in this matter. Certification Pursuant to Local Rule 7.1 is attached hereto as Exhibit B.

Dated: November 15, 2005

Respectfully submitted,

L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC.

By its attorneys,

/s/ Kathleen A. Kelley
Brendan M. Hare, BBO No. 221480
Kathleen A. Kelley, BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA  02110
Tel. 617-330-5000

416003.103105

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------

| | | |
|---|---|---|
| AVIDYNE CORPORATION, a Delaware corporation, ) ) ) | | |
| Plaintiff, ) | | |
| v. ) | Civil Action No. 05-11098 GAO | |
| ) | | |
| L-3 COMMUNICATIONS AVIONICS ) SYSTEMS, INC., f/k/a B. F. GOODRICH ) AVIONICS SYSTEMS, INC., a ) Delaware corporation, ) ) | | |
| Defendant. ) | | |

DECLARATION OF TERENCE J. LINN IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Terence J. Linn, declare, under the penalties of perjury, as follows:

1.    I am a practicing attorney and am a member of the law firm of Van Dyke, Gardner, Linn & Burkhart, LLP, 2851 Charlevoix Drive, S.E., Suite 207, P. O. Box 888695, Grand Rapids, Michigan, 49588-8695, telephone number (616) 975-5500.

2.    I am a member in good standing of the Bar of the State of Michigan (1981). I am also admitted to practice in the United States District Court for the Western District of Michigan (1981); the United States District Court for the Eastern District of Michigan (1984); the United States District Court for the Northern District of California (1988); the United States District Court for the Northern District of Indiana (1994); the United States District Court for the Eastern District of Wisconsin (1999); the United States Court of Appeals for the Federal Circuit (1989); and the United States Court of Appeals for the Sixth Circuit (2005).

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4. This case involves factual and legal issues with which I am familiar. I have developed expertise in, and stay abreast of, the case law in this field.

5. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Defendant, L-3 Communications Avionics Systems, Inc., f/k/a B. F. Goodrich Avionics Systems, Inc.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 3RD DAY OF NOVEMBER, 2005

Terence J. Linn
VAN DYKE, GARDNER,
LINN & BURKHART, LLP
2851 Charlevoix Drive, S.E.
P. O. Box 888695
Grand Rapids, Michigan 49588-8695
(616) 975-5500

2

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>  Defendant. | Civil Action No. 05-11098 GAO |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I attempted to confer with opposing counsel to resolve or narrow the issues presented in this motion, but was unable to do so. I left messages for both Mr. Rothford and Mr. Papastavros last week, but I was unable to speak with them.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 15th DAY OF NOVEMBER, 2005.

_____
Kathleen A. Kelley

416003.111405