UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation, ) ) ) ) Plaintiff, ) ) v. ) L-3 COMMUNICATIONS AVIONICS ) SYSTEMS, INC., f/k/a B.F. GOODRICH ) AVIONICS SYSTEMS, INC., a ) Delaware corporation, ) ) Defendant. ) ) | Civil Action No. 05-11098 GAO |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Defendant, L-3 Communications Avionics Systems, Inc ("L-3 Communications"), by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Karl T. Ondersma, Esq. to appear on its behalf as additional counsel in this case.

As grounds for this motion, as set forth in the declaration of Karl T. Ondersma, attached hereto as Exhibit A, L-3 Communications states as follows:

1. Karl T. Ondersma is a member in good standing of the Bar of the State of Michigan (2004). He is also admitted to practice in the United States District Court for the Western District of Michigan (200r), and the United States Court of Appeals for the Sixth Circuit (2005).

2. There are no disciplinary proceedings pending against Karl T. Ondersma as a member of the bar of any jurisdiction; and

3. Karl T. Ondersma is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Counsel for Avidyne Corporation, John Oleske, has assented to this motion.

WHEREFORE, L-3 Communications respectfully requests that the Court permit Karl T. Ondersma to appear on its behalf as additional counsel in this matter. .

| | |
|---|---|
| Dated: January 25, 2006 | Respectfully submitted, |
| | L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC. |
| | By its attorneys, |
| | /s/ Kathleen A. Kelley<br>Brendan M. Hare, BBO No. 221480<br>Kathleen A. Kelley, BBO No. 562342<br>HARE & CHAFFIN<br>160 Federal Street<br>Boston, MA  02110<br>Tel. 617-330-5000 |

416003.012406

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - -

| | |
|---|---|
| AVIDYNE CORPORATION,<br>a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B. F. GOODRICH<br>AVIONICS SYSTEMS, INC., a<br>Delaware corporation,<br><br>        Defendant. | Civil Action No. 05-11098 GAO |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION OF KARL T. ONDERSMA IN
### SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Karl T. Ondersma, declare, under the penalties of perjury, as follows:

1.    I am a practicing attorney and am an associate of the law firm of Van Dyke, Gardner, Linn & Burkhart, LLP, 2851 Charlevoix Drive, S.E., Suite 207, P. O. Box 888695, Grand Rapids, Michigan, 49588-8695, telephone number (616) 975-5500.

2.    I am a member in good standing of the Bar of the State of Michigan (2004). I am also admitted to practice in the United States District Court for the Western District of Michigan (2004) and the United States Court of Appeals for the Sixth Circuit (2005).

3.    No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4.    This case involves factual and legal issues with which I am familiar. I have developed expertise in, and stay abreast of, the case law in this field.

5.   I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.   For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Defendant, L-3 Communications Avionics Systems, Inc., f/k/a B. F. Goodrich Avionics Systems, Inc.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 20TH DAY OF JANUARY, 2006

_Karl T. Ondersma_
Karl T. Ondersma
VAN DYKE, GARDNER,
LINN & BURKHART, LLP
2851 Charlevoix Drive, S.E.
P. O. Box 888695
Grand Rapids, Michigan  49588-8695
(616) 975-5500