UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 05-11098 GAO |

JOINT STATEMENT PURSUANT TO
EXPENSE AND DELAY REDUCTION PLAN

The parties have conferred as required by Fed. R. Civ. P. 26(f), and they propose the following discovery plan, pursuant to Rule 26(f) and Rule 16.1(D) of the Local Rules and this Court's October 21, 2005 Notice of Scheduling Conference:

I.    Introduction

Avidyne Corporation ("Avidyne") filed a Declaratory Judgment Complaint on or about May 25, 2005, seeking a declaration that the integrated flightdeck system sold by Avidyne under the mark FLIGHTMAX ENTEGRA does not infringe a pre-existing patent held by L-3 Communications Avionics Systems, Inc. ("L-3 Communications"). L-3 Communications has counterclaimed against Avidyne, alleging that the Avidyne system infringes the L-3 Communications patent.

II.  Agenda for Scheduling Conference

    A. Discuss discovery schedule and pretrial motions;

    B. Discuss mediation and settlement; and

    C. Discuss timing for pretrial memoranda.

III. Pretrial Schedule

The parties agree to the Discovery Event Limitations set forth in Local Rule 26.1(C), except that requests for admissions relating to the authenticity of documents should not be included in the limitation of 25 requests, and further agree to the following discovery schedule:

    A.

| Discovery Events | Time for Completion |
|---|---|
| Initial Disclosures Served | February 2, 2006 |
| Designation of Plaintiff's Experts | August 4, 2006 |
| Designation of Defendant's Experts | August 18, 2006 |
| Markman Hearing | |
|   - Opening Briefs (simultaneous) | September 16, 2006 |
|   - Briefs in Opposition | September 27, 2006 |
|   - Hearing | October 11, 2006 |
| Fact Discovery Completed | September 30, 2006 |
| Expert Discovery Completed | December 30, 2006 |

    B. Pretrial Motions

| | |
|---|---|
| Motions for Summary Judgment and/or other dispositive motions filed and served | Sixty days after the Markman decision |
| Final Hearing on Motion(s) | Within sixty days of filing |

    C.    <u>Final Pretrial Conference and Trial Dates</u>

| | |
|---|---|
| Final Pretrial Conference | On or after March 1, 2007 |
| Trial date | On or after July 1, 2007 |

IV.   <u>Other Matters</u>

    A.    The parties are open to the possibility of resolving this action through alternative dispute resolution.

    B.    The parties do not consent to trial by a Magistrate Judge.

    C.    The Certification for L-3 Communications, pursuant to Local Rule 16.1(D)(3), signed by counsel and by the party, is attached hereto as Exhibit A. The Certification for Avidyne will be filed separately.

    D.    The parties have exchanged settlement proposals, relating to the claim and counterclaim.

    E.    Should either party intend to submit expert testimony with respect to the Markman Hearing, notice of such intent should be given to the opposing party at the time of expert designation.

F.    Expert reports will be exchanged, simultaneously, within thirty days of a decision on the Markman Hearing.

| | |
|---|---|
| Dated: January 25, 2006 | Respectfully submitted, |
| AVIDYNE CORPORATION | L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Nicholas G. Papastavros<br>Nicholas G. Papastavros<br>BBO No. 635742<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Tel. 617-345-1329 | /s/ Kathleen A. Kelley<br>Brendan M. Hare, BBO No. 221480<br>Kathleen A. Kelley, BBO No. 562342<br>Hare & Chaffin<br>160 Federal Street<br>Boston, MA 02110<br>Tel. 617-330-5000 |
| John Oleske<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Tel. 212-940-3191 | Terence J. Linn<br>Van Dyke, Gardner, Linn & Burkhardt<br>2851 Charlevoix Drive, S.E.<br>Suite 207<br>Grand Rapids, Michigan 49546<br>Tel. (616) 975-5503 |

416003.122305

# EXHIBIT A

Case 1:05-cv-11098-GAO   Document 10   Filed 01/25/2006   Page 5 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 05-11098 GAO |

## CERTIFICATION OF DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM

The undersigned, Terence J. Linn, Esq., counsel for Defendant/Plaintiff-in-Counterclaim, L-3 Communications Avionics Systems, Inc., ("L-3 Communications"), and John Leshinski, Esq., authorized representative of L-3 Communications, with respect to the claims between the plaintiff/defendant-in-counterclaim, Avidyne Corporation and L-3 Communications, hereby affirm that we have conferred regarding the budget for the cost of conducting the full course -- and various alternative courses, including mediation -- for the instant litigation, and have

considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: January 24, 2006

_____
John J. Leshinski
Title: VP/GC - Product Group
L-3 Communications

416003.122305

_____
Terence J. Linn
Van Dyke, Gardner, Linn & Burkhardt
2851 Charlevoix Drive, S.E.
Suite 207
Grand Rapids, Michigan 49546
Tel. (616) 975-5503.