UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Civil Action No. 05-11098 GAO |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, L-3 Communications Avionics Systems, Inc. makes the following disclosure:

> L-3 Communications Avionics Systems, Inc., a Delaware corporation, is a wholly-owned subsidiary of L-3 Communications Corporation, which in turn is a wholly-owned subsidiary of the publicly-traded L-3 Communications Holdings, Inc.

Dated: January 26, 2006

Respectfully submitted,

L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC.

By its attorneys,

　/s/ Kathleen A. Kelley
Brendan M. Hare, BBO No. 221480
Kathleen A. Kelley, BBO No. 562342
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
Tel. 617-330-5000

416003.012406