UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 05-11098 GAO |

## CERTIFICATION OF PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM

The undersigned, Nicholas G. Papastavros, counsel for Avidyne Coporation, and Eric Krauss, authorized representative of Avidyne Corporation, with respect to the claims between the plaintiff/defendant-in-counterclaim, Avidyne Corporation and L-3 Communications, hereby affirm that we have conferred regarding the budget for the cost of conducting the full course -- and various alternative courses, including mediation -- for the instant litigation, and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: January 27, 2006

_____
Nicholas G. Papastavros, BBO No. 635742

NIXON PEABODY LLP
100 Summer St
Boston, MA 02110
Telephone: 617-345-1000
FAX: 617-345-1300

Dated: January 26, 2006

_____
Eric Krauss

Chief Financial Officer
Avidyne Corporation
55 Old Bedford Rd.
Lincoln, MA 01773

416003.012406

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

/s/ Nicholas G. Papastavros