UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation, </br></br>  Plaintiff, </br></br> v. </br></br> L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation, </br></br>  Defendant. | Civil Action No. 05-11098 GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael R. Scott of the firm Nixon Peabody LLP as an additional attorney on behalf of plaintiff Avidyne Corporation ("Avidyne") in the above-captioned action. Attorney Nicholas G. Papastavros of Nixon Peabody has already entered an appearance on behalf of Avidyne and remains as counsel.

AVIDYNE CORPORATION
by its attorneys,


    //s//  Michael R. Scott
Nicholas G. Papastavros (BBO #635742)
Michael R. Scott (BBO #663838)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: January 31, 2006

BOS647093.1