UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>            Defendant. | Civil Action No. 05-11098 GAO |

## JOINT MOTION FOR RESCHEDULING OF STATUS CONFERENCE

The parties, through counsel, hereby move to reschedule the Status Conference, currently scheduled for July 13, 2006, to a date after July 31, 2006.

As ground for this motion, the parties state that mediation is currently scheduled to be undertaken in this action on July 31, 2006. At the time that the Status Conference was originally scheduled, counsel for both parties believed that mediation could be conducted prior to the July 13, 2006 date. The lack of availability of a mutually-agreeable mediator prevented mediation prior to July 31, 2006. Counsel for both parties believe that the Scheduling Conference will be more productive and efficient for the Court and the parties if conducted after mediation, as originally planned.

WHEREFORE, in the interest of economy efficiency for both the parties and the Court, the parties jointly move for the rescheduling of the July 13, 2006 Status Conference.

| | |
|---|---|
| Dated: July 6, 2006 | Respectfully submitted, |
| AVIDYNE CORPORATION | L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC. |
| By its attorneys, | By its attorneys, |
| /s/ Nicholas G. Papastavros<br>Nicholas G. Papastavros<br>BBO No. 635742<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Tel. (617) 345-1329 | /s/ Kathleen A. Kelley<br>Brendan M. Hare, BBO No. 221480<br>Kathleen A. Kelley, BBO No. 562342<br>Hare & Chaffin<br>160 Federal Street<br>Boston, MA 02110<br>Tel. (617) 330-5000 |
| John Oleske<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Tel. (212) 940-3191 | Terence J. Linn<br>Van Dyke, Gardner, Linn & Burkhardt<br>2851 Charlevoix Drive, S.E.<br>Suite 207<br>Grand Rapids, Michigan 49546<br>Tel. (616) 975-5503 |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2006.

/s/ Kathleen A. Kelley

416003.070506