UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-11098 GAO |

MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Avidyne Corporation ("Avidyne"), by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Frank W. Ryan, Esq. to appear on its behalf as additional counsel in this case.

As grounds for this motion, as set forth in the declaration of Frank W. Ryan, attached hereto as Exhibit A, Avidyne states as follows:

1. Frank W. Ryan is a member in good standing of the Bar of the State of New York. He is also admitted to practice in the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

10052808.2

2.There are no disciplinary proceedings pending against Frank W. Ryan as a member of the bar of any jurisdiction; and

3.Frank W. Ryan is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Avidyne respectfully requests that the Court permit Frank W. Ryan to appear on its behalf as additional counsel in this matter. Certification Pursuant to Local Rule 7.1 is attached hereto as Exhibit B.

| | |
|---|---|
| Dated:  July 26, 2006 | Respectfully submitted,<br><br>Avidyne Corporation<br><br>By its attorneys,<br><br>  /s/ Michael R. Scott<br><br>Nicholas G. Papastavros (BBO# 635742)<br>Maia H. Harris (BBO# 648208)<br>Michael R. Scott (BBO# 663838)<br>NIXON PEABODY, LLP<br>100 Summer Street<br>Boston, MA 02110<br>Tel.  617-345-1000 |

10052808.2

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVIDYNE CORPORATION, <br> A Delaware Corporation <br><br> Plaintiff, <br><br> v. <br><br> L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., A Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-11098 GAO |

DECLARATION OF FRANK W. RYAN IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Frank W. Ryan, declare under the penalties of perjury, as follows:

1.  I am a practicing attorney and am a member of the law firm of Nixon Peabody, LLP, 437 Madison Avenue, New York, New York, 10022, telephone number (212) 940 3000.

2.  I am a member in good standing of the Bar of the State of New York. I am also admitted to practice in the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

3.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

4.  This case involves factual and legal issues with which I am familiar. I have developed expertise in, and stay abreast of, the case law in this field.

10052808.1

5.     I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.     For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Plaintiff, Avidyne Corporation.

SIGNED UNDER THE PENALTIES OF PERJURY

THIS 25 DAY OF JULY, 2006

_____
Frank W. Ryan
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3000

EXHIBIT B

10052808.1

- 7 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11098 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred on this motion pursuant to Local Rule 7.1. Counsel for L-3 does not oppose this motion.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 26th DAY OF JULY, 2006

_____
Michael R. Scott

10052808.1