UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11098 GAO |
| | ) | |
| | ) | |
| L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC.,  f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>MOTION FOR ADMISSION PRO HAC VICE</u>

Plaintiff, Avidyne Corporation ("Avidyne"), by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Kate E. Cassidy, Esq. to appear on its behalf as additional counsel in this case.

As grounds for this motion, as set forth in the declaration of Kate E. Cassidy, attached hereto as Exhibit A, Avidyne states as follows:

1.      Kate E. Cassidy is a member in good standing of the Bar of the State of New York.

2.      There are no disciplinary proceedings pending against Kate E. Cassidy as a member of the bar of any jurisdiction; and

10052810.2

3.     Kate E. Cassidy is familiar with the Local Rules of the United States District
Court for the District of Massachusetts.

WHEREFORE, Avidyne respectfully requests that the Court permit Kate E. Cassidy to
appear on its behalf as additional counsel in this matter.  Certification Pursuant to Local Rule 7.1
is attached hereto as Exhibit B.


Dated:  July 26, 2006                    Respectfully submitted,

                                         Avidyne Corporation

                                         By its attorneys,


                                          _/s/ Michael R. Scott_____

                                         Nicholas G. Papastavros (BBO# 635742)
                                         Maia H. Harris (BBO# 648208)
                                         Michael R. Scott (BBO# 663838)
                                         NIXON PEABODY, LLP
                                         100 Summer Street
                                         Boston, MA 02110
                                         Tel.  617-345-1000

- 3 -

EXHIBIT A

- 4 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation<br><br><br>Plaintiff,<br><br>v.<br><br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-11098 GAO |

DECLARATION OF KATE E. CASSIDY IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Kate E. Cassidy, declare under the penalties of perjury, as follows:

1.      I am a practicing attorney and am a member of the law firm of Nixon Peabody,

LLP, 437 Madison Avenue, New York, New York, 10022, telephone number (212) 940 3000.

2.      I am a member in good standing of the Bar of the State of New York.

3.      No disciplinary proceedings are pending against me as a member of the bar in any

jurisdiction.

4.      This case involves factual and legal issues with which I am familiar.  I have

developed expertise in, and stay abreast of, the case law in this field.

5.      I have reviewed and am familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

- 5 -

6.    For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Plaintiff, Avidyne Corporation.


SIGNED UNDER THE PENALTIES OF PERJURY

THIS 25 DAY OF JULY, 2006

Kate E. Cassidy
Nixon Peabody, LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3000

10052810.1

EXHIBIT B

- 7 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-11098 GAO |
| L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred on this motion pursuant to

Local Rule 7.1. Counsel for L-3 does not oppose this motion.

SIGNED UNDER THE PENALTIES OF PERJURY

THIS _26th_ DAY OF JULY, 2006

_____
Michael R. Scott

10052810.1