UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11098 GAO |
| | ) | |
| L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Avidyne Corporation ("Avidyne"), by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Marc Kaufman, Esq. to appear on its behalf as additional counsel in this case.

As grounds for this motion, as set forth in the declaration of Marc Kaufman, attached hereto as Exhibit A, Avidyne states as follows:

1.      Marc Kaufman is a member in good standing of the District of Columbia Court of Appeals.

2.      There are no disciplinary proceedings pending against Marc Kaufman as a member of the bar of any jurisdiction; and

10058176.2

- 2 -

3.     Marc Kaufman is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Avidyne respectfully requests that the Court permit Marc Kaufman to appear on its behalf as additional counsel in this matter.  Certification Pursuant to Local Rule 7.1 is attached hereto as Exhibit B.


Dated:  July 26, 2006                              Respectfully submitted,

                                                   Avidyne Corporation

                                                   By its attorneys,


                                                   _/s/ Michael R. Scott_____

                                                   Nicholas G. Papastavros (BBO# 635742)
                                                   Maia H. Harris (BBO# 648208)
                                                   Michael R. Scott (BBO# 663838)
                                                   NIXON PEABODY, LLP
                                                   100 Summer Street
                                                   Boston, MA 02110
                                                   Tel.  617-345-1000

EXHIBIT A

- 4 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| · AVIDYNE CORPORATION,<br>A Delaware Corporation | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-11098 GAO |
| L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

DECLARATION OF MARC KAUFMAN IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Marc Kaufman, declare under the penalties of perjury, as follows:

1.    I am a practicing attorney and am a member of the law firm of Nixon Peabody,

LLP, 401 9th Street, Suite 900, N.W. Washington DC 20004-2128, telephone number (202) 585

8000.

2.    I am a member in good standing of the District of Columbia Court of Appeals.

3.    No disciplinary proceedings are pending against me as a member of the bar in any

jurisdiction.

4.    This case involves factual and legal issues with which I am familiar.  I have

developed expertise in, and stay abreast of, the case law in this field.

- 5 -

5.      I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.      For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Plaintiff, Avidyne Corporation.

SIGNED UNDER THE PENALTIES OF PERJURY

THIS 24 DAY OF JULY, 2006

Marc Kaufman
Nixon Peabody, LLP
401 9th Street, Suite 900, N.W.
Washington DC 20004-2128
(202) 585 8000

10058176.1

## EXHIBIT B

10058176.1

- 7 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-11098 GAO |
| L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred on this motion pursuant to

Local Rule 7.1. Counsel for L-3 does not oppose this motion.

SIGNED UNDER THE PENALTIES OF PERJURY

THIS 26th DAY OF JULY, 2006

_____
Michael R. Scott

10058176.1