UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION,<br>a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>a Delaware corporation,<br><br>               Defendant. | Civil Action No. 05-11098 GAO |

**PLAINTIFF'S UNOPPOSED MOTION EXTENDING DATES OF THE TRIAL SCHEDULE**

Plaintiff Avidyne Corporation ("Avidyne") hereby requests an extension of the scheduling order deadlines in the above-captioned matter as set forth below. Counsel for Defendant L-3 Communications Avionics Systems, Inc., ("L-3") has been consulted and L-3 does not oppose this motion. (See Exhibit A). In support of this Unopposed Motion Avidyne provides an Affidavit of Kate Cassidy at Exhibit B and states as follows:

1. The parties have been engaged in mediation with a view to settling this dispute.

2. The parties were unable to resolve this case during the mediation session held on Monday July 31, 2006.

3. By mutual agreement, the parties had postponed the production of electronic documents until after the scheduled mediation. These documents must now be collected, reviewed, and produced by both sides. It is anticipated that this process will take considerable time.

10069022.3

4. The status conference that was originally scheduled for Thursday July 13, 2006 was postponed until after the mediation and must now be re-entered on the court's calendar.

5. For the foregoing reasons the parties respectfully request that the scheduling order be amended as follows:

|  | Original Date | Proposed Date |
|---|---|---|
| Designation of Plaintiff's Experts | 8/4/06 | 9/18/06 |
| Designation of Defendant's Experts | 8/18/06 | 10/02/06 |
| Fact Discovery Completed | 9/30/06 | 12/1/06 |
| Expert Discovery Completed | 12/30/06 | 2/13/07 |

6. The requested extensions of time will enable both parties to more adequately prepare their respective cases for trial.

7. No party to this action will be prejudiced by the requested extensions.

WHEREFORE, Avidyne respectfully requests that this Court

a. Allow Avidyne's Unopposed Motion; and

b. Amend the Scheduling Order as set forth above; and

c. Grant such further relief as this Court deems just and appropriate.

Respectfully submitted,

AVIDYNE CORPORATION

Eric Krauss
Chief Financial Officer
Avidyne Corporation
Corporate Headquarters,
Displays & Datalink Group
55 Old Bedford Rd. Lincoln, MA 01773
Phone: 781-402-7400

AVIDYNE CORPORATION
By its attorneys,

Nicholas Papastavros ( BBO# 635742 )
Michael Scott ( BBO# 663838 )
NIXON PEABODY LLP
100 Summer Street
Boston, MA
(617) 345-1000

Frank W. Ryan
Kate Cassidy
NIXON PEABODY LLP
437 Madison Ave
New York, NY 10022
(212) 940 3000

DATED: August 2, 2006,

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION,<br>A Delaware Corporation<br><br>　　　　　Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>A Delaware Corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11098 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for the parties have conferred on this motion pursuant to Local Rule 7.1. Counsel for L-3 does not oppose this motion.

SIGNED UNDER THE PENALTIES OF PERJURY

THIS 2ND DAY OF AUGUST, 2006

　　　　　　　　　　　　　　　　　　/s/ Michael R. Scott
　　　　　　　　　　　　　　　　　Michael R. Scott ( BBO# 663838 )

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVIDYNE CORPORATION,
a Delaware corporation,

        Plaintiff,

v.

L-3 COMMUNICATIONS AVIONICS
SYSTEMS, INC., f/k/a B.F. GOODRICH
AVIONICS SYSTEMS, INC.,
a Delaware corporation,

        Defendant.

Civil Action No. 05-11098 GAO

**AFFIDAVIT OF KATE CASSIDY**

I, Kate E. Cassidy, hereby certify as follows:

1. I am an associate in the law firm of Nixon Peabody LLP in New York.

2. My residential address is 236 East 47th Street, Apartment 24D, New York, New York 10017.

3. My business address is 437 Madison Avenue, New York, New York, 10022.

4. I am a member in good standing of the bar of the State of New York. I am admitted pro hac vice to the District Court of District of Massachusetts for this matter.

5. The parties mutually agreed to participate in mediation in an attempt to resolve this dispute. The parties also agreed not to engage in e-discovery until after the mediation because if the case was resolved the associated time and costs for such discovery would have been avoided.

6. The mediation was held on Monday July 31, 2006 but it was not successful.

7. As the mediation was held later than expected the parties now face a short discovery schedule and Avidyne is required to designate its experts in 2 days.

8. An extension to the court's scheduling order would allow for better preparation of each parties case for trial.

Signed and sworn under the penalties of perjury this 2nd day of August, 2006.

_____

Sworn to before me this 2nd day
of August, 2006.

_____
Notary Public

KAREN J. MUZZILLO
Notary Public, State of New York
No. 03-4758972
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires August 31, 2010