UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVIDYNE CORPORATION,

        Plaintiff,

  v.

L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC.,

        Defendant.

C.A. No. 05-11098 GAO

## NOTICE OF APPEARANCE

    Please enter the appearance of Jason C. Kravitz of the firm of Nixon Peabody LLP on behalf of Plaintiff Avidyne Corporation.

Dated: August 22, 2006

/s/ Jason C. Kravitz
Jason C. Kravitz, BBO No. 565904
Maia H. Harris, BBO No. 648208
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Fax: 617-345-1300

Attorneys for Plaintiff Avidyne Corporation

10089535.1