UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11098 GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO REPLY IN SUPPORT OF EMERGENCY
MOTION TO MODIFY SCHEDULING ORDER**

Defendant, L-3 Communications Avionics systems, Inc. ("L-3 Avionics"), opposes the motion of plaintiff, Avidyne Corporation, ("Avidyne"), for leave to reply in support of their emergency motion to modify the Scheduling Order for the following reasons:

1.  There is no emergency. The issues raised by Avidyne can be fully and most economically dealt with at the Scheduling Conference now set for September 11, 2006.

2.  Avidyne's instant motion invites excessive and unnecessary motion practice that would burden the Court with the reiteration of arguments that have already been fully articulated and briefed.[1]

---

[1]  Indeed, Avidyne's instant motion is novel in only one respect: By omitting any reference to the Joint Statement Pursuant to Expense and Reduction Plan, Avidyne seems to advance the position that it can ignore and not honor agreements made by counsel during the course of the litigation.

## CONCLUSION

For the foregoing reasons, and the reasons enunciated in Defendant's Opposition to Plaintiff's Motion to Modify Scheduling Order, we respectfully request that Plaintiff's instant motion be denied and that all matters raised be addressed at the September 11, 2006 Scheduling Conference.

Dated: August 25, 2006                        Respectfully submitted,

                                              L-3 COMMUNICATIONS AVIONICS
                                              SYSTEMS, INC.

                                              By its attorneys,

                                              /s/ Kathleen A. Kelley
                                              Brendan M. Hare, BBO No. 221480
                                              Kathleen A. Kelley, BBO No. 562342
                                              Hare & Chaffin
                                              160 Federal Street
                                              Boston, MA  02110
                                              Tel.  617-330-5000

                                              and

                                              Terence J. Linn
                                              Van Dyke, Gardner, Linn & Burkhart
                                              2851 Charlevoix Drive, S.E.
                                              Suite 207
                                              Grand Rapids, Michigan 49546
                                              Tel.  (616) 975-5503

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2006.

                                              /s/Kathleen A. Kelley

416003.082506