UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVIDYNE CORPORATION,
a Delaware corporation,

              Plaintiff,

   v.

L-3 COMMUNICATIONS AVIONICS
SYSTEMS, INC., f/k/a B.F. GOODRICH
AVIONICS SYSTEMS, INC.,
a Delaware corporation,

              Defendant.

Civil Action No. 05-11098 GAO

**STIPULATION AS TO AGREED-UPON CLAIM CONSTRUCTION OF CERTAIN TERMS CONTAINED WITHIN CLAIMS 1 AND 16 OF UNITED STATES PATENT 5,841,018**

     IT IS HEREBY STIPULATED by and between Plaintiff Avidyne Corporation, and Defendant L-3 Communications Avionics Systems, Inc., through their counsel of record, that for purposes of the above identified action only:

     1.    The term ATTITUDE as used in United States Patent 5,841,018 ('018 Patent) means "the angular position of a craft relative to a frame of reference, such as but not limited to the amount of tilting about the wings and body of an aircraft relative to the earth."

     2.    The term REFERENCE COORDINATE SYSTEM as used in the '018 Patent means "A system of coordinates, or values, using a reference point, or starting point, for navigation."

     3.    The term EARTH FRAME COORDINATE SYSTEM as used in the '018 Patent means "a theoretical frame of reference defined by the earth's surface and a vertical axis that is in the direction of gravity (perpendicular to the earth's surface)."

10142355.1

4. The term INSTALLING SAID ATTITUDE DETERMINING DEVICE ON-BOARD SAID MOBILE CRAFT as used in the '018 Patent means "securing, mounting, or affixing the attitude determining device to the mobile craft."

5. The term UNKNOWN ORIENTATION WITH RESPECT TO SAID REFERENCE COORDINATE SYSTEM OF SAID CRAFT as used in the '018 Patent means "unknown angular position of the installed attitude determining device relative to the reference frame of the craft."

6. The term MOBILE CRAFT as used in the '018 Patent means "a space, air, land, or water vessel or vehicle, manned or unmanned, capable of moving."

Agreed to this 28 day of September 2006 by:

| **AVIDYNE CORPORATION**<br>By its attorneys,<br><br><br>/s/ Maia H. Harris_____<br>Jason Kravtiz<br>Maia Harris<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA<br>(617) 345-1000<br><br>Frank W. Ryan<br>NIXON PEABODY LLP<br>437 Madison Ave<br>New York, NY 10022<br>(212) 940 3000 | **L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC.,**<br>By its attorneys,<br><br><br>/s/Karl Ondersma  (with consent by Maia Harris)<br>Brendan M. Hare<br>HARE & CHAFFIN<br>160 Federal Street<br>Boston, MA 02110<br>(617) 330-5000<br><br>Terence J. Linn<br>VAN DYKE, GARDNER, LINN & BURKHART, LLP<br>2851 Charlevoix Drive, S.E.<br>P.O. Box 888695<br>Grand Rapids, MI 49588<br>(616) 975-5500 |

IT IS SO ORDERED.

DATED: _____          GEORGE A. O'TOOLE, JR.

United States District Judge

10142355.1