UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC.,<br><br>Defendant. | C.A. No. 05-11098 GAO |

**MOTION TO IMPOUND MOTION TO COMPEL DEFENDANT TO REMOVE "HIGHLY CONFIDENTIAL" DESIGNATION FROM EMAIL COMMUNICATION AND EXHIBITS ATTACHED THERETO**

Contemporaneous with this *Motion to Impound*, Plaintiff Avidyne Corporation ("Avidyne") is filing a *Motion to Compel Defendant to Remove "Highly Confidential" Designation from Email Communication and Supporting Memorandum of Law*. In that motion, Avidyne requests the Court to order L-3 to withdraw a confidential designation to an email produced by L-3 in this litigation. While Avidyne does not believe that L-3's designation of this document is proper, the terms of the Stipulated Protective Order in this case require Avidyne to maintain the document "as originally designated until the Court makes a final ruling on the application." *See* Stipulated Protective Order at ¶ 10, a copy of which is attached as <u>Exhibit 2</u> to the *Motion to Compel*, filed contemporaneously herewith.

Because the email in question is attached as an exhibit to Avidyne's *Motion to Compel*, and the text of the email in question is quoted and discussed in detail in Avidyne's *Motion to Compel*, pursuant to the Stipulated Protective Order and L.R. 7.2,

10143216.1

Avidyne respectfully requests that this Court impound Avidyne's *Motion to Compel*, and the exhibits attached thereto, in its entirety.

Defendant L-3 Communications Avionics Systems, Inc. assents to Avidyne's request that the email and any documents that discuss it be impounded.

Accordingly, Avidyne requests that this Court grant this Motion to Impound, unless and until this Court orders L-3 to withdraw the confidential designation of the email that is the subject matter of the *Motion to Compel*.

| | |
|---|---|
| Dated:  September 29, 2006 | /s/ Maia H. Harris<br>Jason C. Kravitz, BBO No. 565904<br>Maia H. Harris, BBO No. 648208<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02110<br>Telephone: 617-345-1000<br>Fax: 617-345-1300<br><br>Attorneys for Plaintiff Avidyne Corporation |

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, I caused a true copy of the within document to be served via facsimile and U.S. Mail on:

Terence J. Linn
Van Dyke, Gardner, Linn & Burkhart, LLP
Suite 207
2851 Charlevoix Drive S.E.
Grand Rapids, MI  49588-8695

/s/ Maia H. Harris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVIDYNE CORPORATION,

        Plaintiff,

  v.

L-3 COMMUNICATIONS AVIONICS
SYSTEMS, INC., f/k/a B.F. GOODRICH
AVIONICS SYSTEMS, INC.,

        Defendant.

C.A. No. 05-11098  GAO

**MOTION TO COMPEL DEFENDANT TO REMOVE "HIGHLY CONFIDENTIAL" DESIGNATION FROM EMAIL COMMUNICATION AND SUPPORTING MEMORANDUM OF LAW**

## *FILED UNDER SEAL*

Dated: September 29, 2006

/s/ Maia H. Harris
Jason C. Kravitz, BBO No. 565904
Maia H. Harris, BBO No. 648208
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
Telephone: 617-345-1000
Fax: 617-345-1300

Attorneys for Plaintiff Avidyne Corporation

10142922