UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B.F. GOODRICH AVIONICS SYSTEMS, INC.,<br><br>Defendant. | C.A. No. 05-11098 GAO |

**AVIDYNE'S ASSENTED-TO MOTION**
**FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), Plaintiff Avidyne Corporation ("Avidyne') hereby requests leave to exceed the twenty (20) page limit in its *Markman Brief* by twenty (20) pages. In support of this motion, Avidyne states the following:

- While the parties were able to stipulate to the definition of several of the terms in Claims 1 and 16 of the patent-in-suit, the parties disagree on the definitions of six separate terms, all of which are addressed in Avidyne's *Markman Brief* and again in this *Responsive Markman Brief*;

- To assist the Court, Avidyne has included in its *Markman Brief* several graphics and tables, which serve to lengthen the document; and

- L-3, through counsel, has assented to this motion.

In light of the foregoing, Avidyne respectfully requests leave to exceed the 20-page limit prescribed by the Local Rules.

10142922

Dated:  October 16, 2006                          Respectfully submitted,

                                                        AVIDYNE CORPORATION

                                                        By its attorneys,

                                                        /s/ Maia H. Harris
                                                        Jason C. Kravitz (BBO No. 565904)
                                                        Maia H. Harris (BBO No. 648208)
                                                        NIXON PEABODY LLP
                                                        100 Summer Street
                                                        Boston, MA  02110
                                                        (617) 345-1000

                                                        Frank W. Ryan (*admitted pro hac vice*)
                                                        Kate Cassidy (*admitted pro hav vice*)
                                                        NIXON PEABODY LLP
                                                        437 Madison Avenue
                                                        New York, NY  10022
                                                        (212) 940-3000

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of October, 2006, I caused a courtesy copy of the within document to be served via overnight mail on:

Terence J. Linn
Van Dyke, Gardner, Linn & Burkhart, LLP
Suite 207
2851 Charlevoix Drive S.E.
Grand Rapids, MI 49588-8695

                                                          /s/ Maia H. Harris
                                                             Maia H. Harris