IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVIDYNE CORPORATION,<br>*a Delaware corporation*,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>L-3 COMMUNICATIONS AVIONICS<br>SYSTEMS, INC., f/k/a/ B.F. GOODRICH<br>AVIONICS SYSTEMS, INC.,<br>*a Delaware corporation*,<br><br>    Defendant/Counter-Plaintiff | Civil Action No. 05-11098 GAO |

ASSENTED TO MOTION TO MODIFY THE
SCHEDULING ORDER OF DECEMBER 18, 2009

Defendant, L-3 Communications Avionics Systems, Inc. ("L-3 Avionics"), with the

assent of Plaintiff, Avidyne Corporation ("Avidyne"), respectfully requests modification of the

existing scheduling order, entered December 18, 2009. In support of this motion, the parties

state as follows:

1.    Counsel for the parties request a sixty (60) day extension of the expert and

discovery deadlines, due to scheduling difficulties with L-3 Avionic's expert,

counsel's trial schedules, and ongoing discovery demands in this action;

2.    The parties have been actively pursuing the discovery, including depositions and

document requests of the parties and non-parties, but certain scheduling issues will

prevent the parties from meeting the deadlines set in the Court's Order of December

18, 2009.

3.    Accordingly, the parties jointly request an extension of the schedule to facilitate the

complete and orderly preparation of this case, as follows:

June 18, 2010          Initial Expert Disclosures*

July 16, 2010          Rebuttal Expert Reports

August 20, 2010        Close of Fact Discovery

September 17, 2010     Close of Expert Discovery

*L-3 Avionics' initial expert report will be on the issues of infringement and damages, and Avidyne's initial report will be on the issue of invalidity.

4.    This brief extension to the schedule is jointly sought and will not prejudice either

party.

WHEREFORE, L-3 Avionics with the concurrence and assent of Avidyne respectfully

asks that the December 18, 2009 Order be modified to reflect the dates outlined above in

paragraph 3.


Assented to by,                                  Respectfully submitted by,

AVIDYNE CORPORATION                              L-3 COMMUNICATIONS AVIONICS
                                                 COMMUNICATIONS, INC.
By its Attorneys,                                By its Attorneys,


/s/ William A. Scofield, Jr.                     /s/ Kathleen K. Kelley
William A. Scofield, Jr. (BBO #448940)           Brendan M. Hare (BBO #221480)
Carl M. DeFranco (BBO #645604)                   Kathleen A Kelley (BBO #562342)
LAHIVE & COCKFIELD, LLP                          HARE & ASSOCIATES
One Post Office Square                            160 Federal Street
Boston, Massachusetts 02109                      Boston, MA 02110
(617) 227-7400                                   617-330-5000

                                                 And

                                                 Terence J. Linn
                                                 Karl T. Ondersma
                                                 VAN DYKE, GARDNER, LINN
                                                 2851 Charlevoix Drive SE
                                                 Grand Rapids, MI 49588
                                                 616-975-5500


March 30, 2010

- 3 -

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

I hereby certify that, on March 26, 29 and 30, 2010, counsel for L-3 Avionics has conferred with counsel for Avidyne, William Scofield, who has assented to this Motion.

/s/ Kathleen K. Kelley
Kathleen K. Kelley

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served on Plaintiff's attorneys of record by electronic delivery on this 30th day of March, 2010.

/s/ Kathleen K. Kelley
Kathleen K. Kelley