# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Avidyne Corporation</u>
             Plaintiff

CIVIL ACTION

V.

NO. <u>05-11098-GAO</u>

<u>L-3 Communications Avionics Systems, Inc.</u>
             Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>   O'Toole,         D. J.   </u>

The Court having been advised on <u>February 4th, 2013</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

<u> 2/4/2013 </u>
Date

<u>/s/Christopher Danieli</u>
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)