IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - -

| | |
|---|---|
| AVIDYNE CORPORATION, a Delaware corporation, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| L-3 COMMUNICATIONS AVIONICS SYSTEMS, INC., f/k/a B. F. GOODRICH AVIONICS SYSTEMS, INC., a Delaware corporation, | ) ) ) ) ) |
| | ) |
| Defendant. | ) |

Civil Action No. 05-11098 GAO

## STIPULATED DISMISSAL WITH PREJUDICE
## UNDER FED.R.CIV.P. 41(a)(1)(A)(ii) AND 41(c)

The parties, having settled their differences and having entered into a Confidential

Settlement Agreement, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(c), hereby stipulate

to the dismissal with prejudice of this action, including all claims, counterclaims and affirmative

defenses therein.  Each party shall bear its own costs, expenses and attorneys fees.  The Court

shall retain jurisdiction to enforce the settlement agreement between the parties and the terms

thereof.


**IT IS SO ORDERED,**


Dated:                                              _____
                                                    Judge George A. O'Toole, Jr.
                                                    United States District Court

Approved as to form,

**Avidyne Corporation**

William A. Scofield, Jr. (BBO No. 448940)
LATHROP & GAGE LLP
28 State Street, Suite 700
Boston, Massachusetts 02109
T: (857) 300-4000
F: (857) 300-4001
wscofield@lathropgage.com

Neil Jones *(admitted Pro Hac Vice)*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Poinsett Plaza, Suite 900
104 South Main Street
Greenville, SC 29601-2122
neil.jones@nelsonmullins.com

and

**L-3 Communications Avionics Systems, Inc.**

Daniel G. Skrip, BBO No. 629784
Pierce, Davis & Perritano, LLP
90 Canal Street, 4th Floor
Boston, Massachusetts 02114-2018
(617) 350-0950
DSkrip@piercedavis.com

Terence J. Linn *(admitted Pro Hac Vice)*
Karl T. Ondersma *(admitted Pro Hac Vice)*
Gardner, Linn, Burkhart & Flory, LLP
2851 Charlevoix Drive SE, Suite 207
Grand Rapids, MI 49546
(616) 975-5500
linn@glbf.com
ondersma@glbf.com

Dated: March 4, 2013